# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

Daniel C. Vanderpool Jr.,,
    Plaintiff,

APPLICATION TO PROCEED
WITHOUT PREPAYMENT
FEES AND AFFIDAVIT

V.

CASE NUMBER: 2:22-cv-00403-JPH-DLP

For Capital Accounts L.L.C.;
    John Wesley Shutt,
    Greg Norwinski,
    Dustin Holbrook,
    Robert Winkler,
For Indiana Correctional Industries;
    Mike Herron,
    Victor Manzo,
For Indiana Department of Corrections;
    Robert Eric Carter Jr.,
    Frank Vanihil,
        Defendants.

**FILED**

**09/16/2022**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I, Daniel Vanderpool, declare that I am the Petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 US § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated? Yes

    Place of incarceration: Wabash Valley Correctional Facility

    Employed at the institution? No

    Do you receive any payment from this institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? No

1

State the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. November 12th, 2022, Capital Account/ICI $39.00

In the past 12 twelve months have you received any money from any of the following sources?

|   |   |   |
|---|---|---|
| a. | Business, profession or other self-employment | No |
| b. | Rent payments, interest or dividends | No |
| c. | Pensions, annuities or life insurance payments | No |
| d. | Disability or workers compensation payments | No |
| e. | Gifts or inheritances | No |
| f. | Any other sources | No |

4. Cash or checking or savings accounts? No

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? No

I declare under the penalty of perjury that the above information is true and correct.

9-16-22
DATE                                    SIGNATURE OF APPLICANT

2