State of Indiana    )
                    ) SS:
County of Sullivan  )

## AFFIDAVIT OF SPECIAL CIRCUMSTANCES

I, Daniel C. Vanderpool Jr., hereby affirm under penalty of perjury, pursuant to **Ind. Code § 35-44-2-1**, the following:

1. I am the Petitioner in the civil proceedings now pending before this Honorable Court.

2. I have filed to proceed without the prepayment of fees in this cause of action.

3. That exceptional circumstances which prevent Petitioner from Prepaying the twenty percent (20%) partial filing fee as set forth in **Ind. Code § 33-37-3-3**.

4. That the exceptional circumstances preventing Petitioner from prepaying the partial filing fee are as follows:

I am incarcerated individual who has no real-estate or reliable disposable income as I do not have a job. The money that I do have is the result and what remains of the Economic Stimulus Act. It is to be noted that the average monthly balance includes my re-entry funds, which I do not have access to until I am released.

4. I am requesting the filing fees and any court costs to be removed from my re-entry savings fund to fulfill my payment for filing.

**AFFIANT FURTHER SAITH NOT.**

_____
Affiant

3

## AFFIRMATION

I, Daniel C. Vanderpool Jr., do hereby affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge and belief.

_____
Affiant

*Vanderpool*

## CERTIFIED COUNSELORS STATEMENT
## OF INMATE TRUST FUND ACCOUNT

I, __B. Hall__, Counselor at the Wabash Valley Correctional Facility, do hereby certify that Offender Daniel Vanderpool Jr., DOC # 123516, has had the following six-(6) month activity on his inmate trust fund:

1. Current monthly balance — $75.34
2. Current monthly receipts — $100.00
3. Current monthly expenditures — $45.00
4. Average monthly deposit last 6 months — $106.00
5. Average monthly balance last 6 months — $746.14

I declare under penalty of perjury that the above information is true and accurate.

DATED: __6/15__, 2022.

__B. Hall__
Signature

__B. Hall__
Printed Name of Counselor
Wabash Valley Correctional Facility

VANDERPOOL JR, DANIEL C

Activity

| # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|------|------|---------|---------|--------|---------|------|---------|
| 128 | 01/16/2022 | Transfer Other Funds | Fresh Favorites | 01/16/2022 | -$30.00 | $3542.77 | $0.00 | $0.00 |
| 658 | 01/18/2022 | Transfer Other Funds | GTL Phone | | -$25.00 | $3517.77 | $0.00 | $0.00 |
| 6171 | 01/19/2022 | Change Housing | Automated Housing Change | | $0.00 | $3517.77 | $0.00 | $0.00 |
| 7307 | 01/23/2022 | Transfer Other Funds | Fresh Favorites | 01/23/2022 | -$36.00 | $3481.77 | $0.00 | $0.00 |
| 9743 | 01/24/2022 | Transfer Other Funds | Commissary | 01/24/2022 | -$24.73 | $3457.04 | $0.00 | $0.00 |
| 9762 | 01/27/2022 | Transfer Other Funds | GTL Links | | -$20.00 | $3437.04 | $0.00 | $0.00 |
| 9763 | 01/27/2022 | Transfer Other Funds | GTL Phone | | -$20.00 | $3417.04 | $0.00 | $0.00 |
| 0352 | 01/29/2022 | Transfer Other Funds | GTL Phone | | -$25.00 | $3392.04 | $0.00 | $0.00 |
| 0176 | 01/30/2022 | Transfer Other Funds | Fresh Favorites | 01/30/2022 | -$40.00 | $3352.04 | $0.00 | $0.00 |
| 1917 | 01/31/2022 | Transfer Other Funds | Commissary | 01/31/2022 | -$2.72 | $3349.32 | $0.00 | $0.00 |
| 1918 | 01/31/2022 | Transfer Other Funds | Commissary | 01/31/2022 | -$31.24 | $3318.08 | $0.00 | $0.00 |
| 31650 | 02/02/2022 | Resident Withdrawal | TONY SUMMEY | 33615 | -$500.00 | $2818.08 | $0.00 | $0.00 |
| 40734 | 02/03/2022 | Transfer Other Funds | GTL Phone | | -$20.00 | $2798.08 | $0.00 | $0.00 |
| 61977 | 02/05/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $2748.08 | $0.00 | $0.00 |
| 84724 | 02/07/2022 | Transfer Other Funds | Commissary | 02/07/2022 | -$7.22 | $2740.86 | $0.00 | $0.00 |
| 84725 | 02/07/2022 | Transfer Other Funds | Commissary | 02/07/2022 | -$57.15 | $2683.71 | $0.00 | $0.00 |
| 22572 | 02/11/2022 | Transfer Other Funds | GTL Phone | | -$20.00 | $2663.71 | $0.00 | $0.00 |
| 54438 | 02/14/2022 | Transfer Other Funds | Commissary | 02/14/2022 | -$4.00 | $2659.71 | $0.00 | $0.00 |
| 54439 | 02/14/2022 | Transfer Other Funds | Commissary | 02/14/2022 | -$55.20 | $2604.51 | $0.00 | $0.00 |
| 560618 | 02/15/2022 | Resident Deposit | January State Pay | WVC | $39.00 | $2643.51 | $0.00 | $0.00 |
| 599983 | 02/18/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $2593.51 | $0.00 | $0.00 |
| 604455 | 02/18/2022 | Transfer Other Funds | Commissary | 02/18/2022 | $1.61 | $2595.12 | $0.00 | $0.00 |
| 621125 | 02/20/2022 | Transfer Other Funds | Fresh Favorites | 02/20/2022 | -$16.00 | $2579.12 | $0.00 | $0.00 |
| 631196 | 02/21/2022 | Transfer Other Funds | Commissary | 02/21/2022 | -$0.46 | $2578.66 | $0.00 | $0.00 |
| 631197 | 02/21/2022 | Transfer Other Funds | Commissary | 02/21/2022 | -$59.95 | $2518.71 | $0.00 | $0.00 |
| 646076 | 02/23/2022 | Transfer Other Funds | GTL Links | | -$20.00 | $2498.71 | $0.00 | $0.00 |
| 2706116 | 02/28/2022 | Transfer Other Funds | Commissary | 02/28/2022 | -$0.46 | $2498.25 | $0.00 | $0.00 |
| 2706117 | 02/28/2022 | Transfer Other Funds | Commissary | 02/28/2022 | -$51.27 | $2446.98 | $0.00 | $0.00 |
| 2732025 | 03/02/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $2396.98 | $0.00 | $0.00 |
| 2786478 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$5.06 | $2391.92 | $0.00 | $0.00 |

| Task # | Date | Type | Comment | Activity Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 2786479 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$58.90 | $2333.02 | $0.00 | $0.00 |
| 2786480 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$30.94 | $2302.08 | $0.00 | $0.00 |
| 2802477 | 03/09/2022 | Transfer Other Funds | TONEY SUMMER | | -$150.00 | $2152.08 | $0.00 | $0.00 |
| 2802487 | 03/09/2022 | Resident Withdrawal | GRANT COUNTY CLERK | 34102 | -$3.00 | $2149.08 | $0.00 | $0.00 |
| 2830431 | 03/11/2022 | Transfer Other Funds | Commissary | 34101 | $10.10 | $2159.18 | $0.00 | $0.00 |
| 2879613 | 03/16/2022 | Change Housing | Automated Housing Change | 03/11/2022 | $0.00 | $2159.18 | $0.00 | $0.00 |
| 2891251 | 03/17/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $2109.18 | $0.00 | $0.00 |
| 2944796 | 03/21/2022 | Transfer Other Funds | Commissary | 03/21/2022 | -$4.63 | $2104.55 | $0.00 | $0.00 |
| 2944797 | 03/21/2022 | Transfer Other Funds | Commissary | 03/21/2022 | -$56.23 | $2048.32 | $0.00 | $0.00 |
| 3003718 | 03/26/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $1998.32 | $0.00 | $0.00 |
| 3029217 | 03/28/2022 | Transfer Other Funds | Commissary | 03/28/2022 | -$3.93 | $1994.39 | $0.00 | $0.00 |
| 3029218 | 03/28/2022 | Transfer Other Funds | Commissary | 03/28/2022 | -$34.14 | $1960.25 | $0.00 | $0.00 |
| 3045363 | 03/30/2022 | Resident Withdrawal | GRANT COUNTY CLERK | 34384 | -$3.00 | $1957.25 | $0.00 | $0.00 |
| 3065219 | 04/01/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $1907.25 | $0.00 | $0.00 |
| 3065420 | 04/01/2022 | Transfer Other Funds | GTL Links | | -$25.00 | $1882.25 | $0.00 | $0.00 |
| 3118995 | 04/06/2022 | Transfer Other Funds | GTL Phone | | -$30.00 | $1852.25 | $0.00 | $0.00 |
| 3157089 | 04/10/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $1802.25 | $0.00 | $0.00 |
| 3176134 | 04/11/2022 | Transfer Other Funds | Commissary | 04/11/2022 | -$21.99 | $1780.26 | $0.00 | $0.00 |
| 3194900 | 04/13/2022 | Transfer Other Funds | STOP PAYMENT ON CK #33615 | 33615 | $500.00 | $2280.26 | $0.00 | $0.00 |
| 3232213 | 04/17/2022 | Transfer Other Funds | GTL Phone | | -$20.00 | $2260.26 | $0.00 | $0.00 |
| 3240497 | 04/18/2022 | Resident Withdrawal | TONEY SUMMEY | 34592 | -$250.00 | $2010.26 | $0.00 | $0.00 |
| 3260911 | 04/19/2022 | Resident Deposit | MARCH STATE PAY | WVC | $11.50 | $2021.76 | $0.00 | $0.00 |
| 3285765 | 04/21/2022 | Transfer Other Funds | GTL Phone | | -$25.00 | $1996.76 | $0.00 | $0.00 |
| 3337871 | 04/26/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $1946.76 | $0.00 | $0.00 |
| 3427667 | 05/04/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $1896.76 | $0.00 | $0.00 |
| 3501809 | 05/12/2022 | Transfer Other Funds | GTL Phone | | -$46.50 | $1850.26 | $0.00 | $0.00 |
| 3573471 | 05/19/2022 | Resident Deposit | APRIL STATE PAY | WVC | $24.62 | $1874.88 | $0.00 | $0.00 |
| 3574008 | 05/19/2022 | Resident Deposit | APRIL STATE PAY | WVC | $3.50 | $1849.88* | $0.00 | $0.00 |
| 3597359 | 05/20/2022 | Transfer Other Funds | GTL Phone | | -$25.00 | $1844.54 | $0.00 | $0.00 |
| 3636322 | 05/23/2022 | Transfer Other Funds | Commissary | 05/23/2022 | -$5.34 | | | $0.00 |