F-24(Revised 12.26 2014)

SCANNED at WVCF and Emailed on
11-4-22 by W - 1 pages.
(date)   (initials) (num)

## CONSENT TO RECIEPT DOCUMENTS THROUGH PRISONER ELECTRONIC FILING PROGRAM

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the court issues an order, entry, or other document, a notice of electronic filing is automatically generated and sent to library staff. In order to receive copies of documents issued by the court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the court via the E-Filing program. By consenting to participate, I will receive via the institutional mail a printed copy of any ruling or notice issued by the court in the case and a copy of the notice of electronic filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing program. I acknowledge that it is my obligation to notify the court of any change in my address.

**FILED**
**11/04/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Name: Daniel C. Vanderpool Jr.          Date: 11-4-2022

DOC Number: 123516

Address: Wabash Valley Correctional Facility

P.O. Box 1111

Carlisle, Indiana 47838

Case Filed In:

Northern District of Indiana: _____   Southern District of Indiana: XXXXXX

Case Number (if pending/initiated at time of consent): 2:22-cv-00403-JPH-DLP