SCANNED at WVCF and Emailed on 11-23-22 by JG - 1 pages. (date) (initials) (num)

Daniel C. Vanderpool Jr.

#123516 L-123

P.O. Box 1111

Carlisle, IN 47383

November 23rd, 2022

Re: 2:22-vc-00403-JPH-DLP

**FILED**
**11/23/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Clerk,

About seventy days ago (70) I filed a claim with this court under this cause number and have paid my partial filing fees. I understand that the complaints are prioritized, but I would like to know, if possible, an estimated time for how long it takes for the screening process to be completed in these matters or when my complaint would be screened. I am just trying to get an idea of the time frame so I can be ready for the next stage. This is my first time ever doing this, so I sincerely appreciate your help and patience in this matter.

Thank You,

Daniel C. Vanderpool Jr

Plaintiff, *pro se*

Happy Holidays