# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

46 East Ohio Street, Room 105  
Indianapolis, Indiana  
46204  

921 Ohio Street  
Terre Haute, Indiana  
47807  

101 Northwest MLK Boulevard  
Evansville, Indiana  
47708  

121 West Spring Street  
New Albany, Indiana  
47150

December 12, 2022

Re: VANDERPOOL v. CAPITAL ACCOUNTS LLC et al  
Cause Number: 2:22−cv−00403−JPH−MJD

TO ALL COUNSEL OF RECORD:

     Pursuant to Local Rule 40−1(f), the above matter was reassigned from Judge Doris L. Pryor to Judge Mark J. Dinsmore on December 12, 2022. The cause number has been changed to reflect the newly assigned Judge. Please note that cause number **2:22−cv−00403−JPH−MJD** must be used on all future filings.

     All case schedules and deadlines before the District Judge and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Carrie Jo Denny  
Carrie Jo Denny, Deputy Clerk